**THE URBAN LAW FIRM**
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087
F: (702) 968-8088
murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
*Counsel for Defendant, IBEW, Local 357*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MALINDA SLATON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>L.L.O. INC., d/b/a ACME ELECTRIC, a domestic corporation; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION 357, a domestic not for profit corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:17-cv-01561-RFB-CWH<br><br>**JOINT STIPULATION FOR DISMISSAL OF SECOND CAUSE OF ACTION BETWEEN LOCAL 357 AND MALINDA SLATON** |

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), Plaintiff, MALINDA SLATON, an individual, by and through her counsel of record, Trevor J. Hatfield of Hatfield & Associates, Ltd., and Defendant, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION 357, by and through its counsel of record, Nathan R. Ring, of The Urban Law Firm, hereby agree to voluntarily dismiss Plaintiffs' Second Cause of Action in her Second Amended Complaint against Defendant Local 357. Plaintiff hereby dismisses her breach of duty

143236

1

of fair representation claim against Local 357 with prejudice, each side to bear its own attorney's fees and costs. This stipulation will dismiss Local 357 as a party from this case.

Dated: July 12, 2019  **THE URBAN LAW FIRM**

      */s/ Nathan R. Ring*
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087
F: (702) 968-8088
murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
*Counsel for Defendant, IBEW, Local 357*

**HATFIELD & ASSOCIATES, LTD.**

Dated: July 12, 2019        */s/ Trevor J. Hatfield*
TREVOR J. HATFIELD, ESQ., NV Bar No. 7373
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

**IT IS SO ORDERED.**

DATED this 16th day of July, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

The undersigned hereby declares under penalty of perjury under the laws of the United States and the State of Nevada, that on July 15, 2019, she electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL OF SECOND CAUSE OF ACTION BETWEEN LOCAL 357 AND MALINDA SLATON** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Trevor J. Hatfield, Esq.
HATFIELD & ASSOCIATES, LTD.
703 South Eighth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

F. Thomas Edwards, Esq.
Holley Driggs, Walch, Esq.
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant L.L.O., Inc.*
*d/b/a Acme Electric*

DATED this 15th day of July, 2019.      */s/ Ryann L. Milton*
                                         An employee of The Urban Law Firm

**143236**                           3