TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MALINDA SLATON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>L.L.O. INC., d/b/a ACME ELECTRIC, a domestic corporation; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION 357, a domestic not for profit corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:17-cv-01561-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTIONS AND FOR DEFENDANT TO REPLY**<br>(Second Request) |

COMES NOW, Plaintiff MALINDA SLATON, (hereinafter, "SLATON"), by and through her attorney of record Trevor J. Hatfield of the law firm of Hatfield & Associates, Ltd., and L.L.O. INC., d/b/a ACME ELECTRIC's (hereinafter "ACME ELECTRIC) and do hereby stipulate and agree to an extension of time (Second Request) for Plaintiff to respond to Defendant's following Motions:

1. Motion for Summary Judgment on Breach of Contract Claim (ECF #51) filed on August 8, 2019 – Response due on August 29, 2019; 1st Extension Response due September 5, 2019.

2. Motion for Summary Judgment on Title VII Claim (ECF #52) filed on August 9, 2019 – Response due on August 30, 2019; 1st Extension Response due September 6, 2019.

1

3. Third Motion for Partial Summary Judgment to Limit Plaintiff's Categories of Damages (ECF #53) filed on August 12, 2019 – Response due on September 2, 2019; 1st Extension Response due September 10, 2019.

4. Motion to Strike Jury Demand or, in the Alternative, to Bifurcate Liability and Damages Phases of Trial (ECF #54 and ECF #55) filed on August 13, 2019 – Response due on August 27, 2019; 1st Extension Response due September 3, 2019.

This request is made due to additional unforeseen professional and personal attentions of Plaintiff's counsel. As responses are required for the Motions, the last one being due on September 10, 2019, the parties have agreed to extend the response time for each of the Motions one week from each of the respective due dates. Defendant's replies to Plaintiff's responses will also be extended by one week respectively.

This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the parties' second request for an extension of the time for the parties to respond to the various motion response deadlines. Accordingly, Plaintiff's proposed response dates and Defendant's proposed reply dates shall be as follows:

///

///

///

///

///

///

///

///

///

| Document Number | Proposed Response Due Date | Proposed Reply Due Date |
| --- | --- | --- |
| 1. Motion - ECF #51 | September 12, 2019 | October 3, 2019 |
| 2. Motion – ECF #52 | September 13, 2019 | October 4, 2019 |
| 3. Motion – ECF #53 | September 17, 2019 | October 7, 2019 |
| 4. Motion – ECF #54 and ECF #55 | September 10, 2019 | September 24, 2019 |

Dated this 4th day of September 2019.

HATFIELD & ASSOCIATES, LTD.

　　*/s/ Trevor J. Hatfield*
By:_____
Trevor J. Hatfield, Esq.
Nevada Bar No. 7373
703 S. Eighth St.
Las Vegas, NV 89101
(702) 388-4469 Tel.
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

Dated this 4th day of September 2019.

HOLLEY DRIGGS, WALCH
FINE WRAY PUZEY & THOMPSON

　　*/s/ F. Thomas Edwards*
By: _____
F. Thomas Edwards, Esq., SBN 9549
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Email:  tedwards@nevadafirm.com
*Attorneys for Defendant L.L.O. Inc. d/b/a Acme Electric*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 5th day of September, 2019.

**CERTIFICATE OF SERVICE**

I certify that on the 4th day of September 2019, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTIONS AND FOR DEFENDANT TO REPLY (Second Request)** with the Clerk of the Court by using the ECF system.

Dated this 4th day of September 2019.    By: */s/ Freda P. Brazier*
                                                                An employee of Hatfield & Associates, Ltd.